374 A.2d 701

Commonwealth v. Cromie, Appellant.

Argued April 15, 1977.    Bert M. Moldovan, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.

374 A.2d 701

Commonwealth v. Dennis, Appellant.

Argued April 12, 1977.    William B. Moore, with him Joseph F. Kulwicki, for appellant; Robert S. Bailey, Assistant District Attorney, and Douglas Ferguson, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and VAN der VOORT, JJ., absent.